**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Chambers of** | **Martin Luther King Courthouse** |
| **MADELINE COX ARLEO** | **50 Walnut Street, Room 2060** |
| **United States Magistrate Judge** | **Newark, New Jersey 07101** |
| | (973) 297-4903 |

**LETTER-ORDER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

March 17, 2010

| | |
|---|---|
| Howard K. Goldstein, Esquire | Rose Marie Dimeo, Esquire |
| 1420 Walnut Street, Suite 1420 | Law Office of Edward Keiper |
| Philadelphia, PA 19102 | 401 Route 73 North |
| | 30 Lake Center, Suite 115 |
| Christopher C. Mauro, Esquire | Marlton, New Jersey 08053 |
| Camacho Mauro Mulholland, LLP | |
| 350 Fifth Avenue, Suite 5101 | |
| New York, New York 10118 | |

      Re:  Art Mahaffey v.s. Bally's Park Place, Inc. doing business as Bally's Atlantic City, et al
          Civil Action No. 09-1873    (NLH

Dear Counsel:

    *HONORABLE LOUIS F. LOCASCIO is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court. If you would like further information with regard to the mediation program, please review the Rule and Guidelines which are available on the Court's Web Site www.njd.uscourts.gov.

    The mediator will contact you shortly to discuss the mediation process. Within fourteen (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and <u>ex parte</u> basis, a double-spaced position paper not longer than 10 pages in length. Pleadings and discovery materials should <u>not</u> be submitted to the mediator unless specifically requested.

    Please remember that counsel and parties are required to participate in the mediation process in good faith. The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

                                **SO ORDERED**

                            <u>s/ Madeline Cox Arleo</u>
                            United States Magistrate Judge